

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/27/2015 9:31:27 AM
CATHY S. LUSK
Clerk

February 26, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:   12-13-00041-CR, 12-13-00042-CR
Trial Court Case Number:   007-1663-11, 007-1664-11

**Style:**   Davina Wilson Moore
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

CC:   Mr. Michael J. West (DELIVERED VIA E-MAIL)
      Morris Overstreet (DELIVERED VIA E-MAIL)
      Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)

Mandate executed on __27th_ day of ____February_____, 2015.

Brief explanation of action taken: _____scanned_____

_____Linda Rhymes_____District/County Clerk